**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**SHREVEPORT DIVISION**

DACKERIE JOHNSON                               CIVIL ACTION NO. 24-0792

VERSUS                                         JUDGE S. MAURICE HICKS, JR.

CADDO CORRECTIONAL                             MAGISTRATE JUDGE HORNSBY
CENTER, ET AL.

**ORDER**

For the reasons assigned in the Report and Recommendation of the Magistrate Judge previously filed herein, and having thoroughly reviewed the record, no written objections having been filed, and concurring with the findings of the Magistrate Judge under the applicable law;

**IT IS ORDERED** that this case be **DISMISSED WITHOUT PREJUDICE**, *sua sponte*, for failure to prosecute.

**THUS DONE AND SIGNED**, in Shreveport, Louisiana, this 28th day of April, 2026.

_____
S. MAURICE HICKS, JR.
UNITED STATES DISTRICT JUDGE